# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CENTRAL GROCERS, INC., *et al.*, [1]<br><br>                              Debtors. | Chapter 7<br><br>Case No. 17-13886 (PSH)<br><br>Hon. Pamela S. Hollis |
| Howard B. Samuels, not individually, but as Chapter 7 Trustee of Central Grocers, Inc.,<br><br>                              Plaintiff,<br>vs.<br><br>Kimberly-Clark Corporation,<br><br>                              Defendant. | Adv. No. 18-00560 |

## **STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled, the settlement has been approved by the court in the main bankruptcy case pursuant to that certain *Order Approving Amended Sixth Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Defendants* [ECF No. 2962], and this dismissal is with prejudice. An answer has been filed.

---

[1] The Select Debtors, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

| | |
|---|---|
| Dated: June 26, 2019 | Dated: June 26, 2019 |
| ASK LLP | ADELMAN & GETTLEMAN, LTD. |
| */s/ Joseph L. Steinfeld, Jr.*<br>Joseph L. Steinfeld, Jr., MN SBN 0266292<br>*(admitted pro hac vice)*<br>Kara E. Casteel, MN SBN 0389115<br>*(admitted pro hac vice)*<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN  55121<br>Telephone: (651) 289-3850<br>Email: jsteinfeld@askllp.com<br>       kcasteel@askllp.com | */s/ Steven B. Chaiken*<br>Steven B. Chaiken<br>53 West Jackson Boulevard, Suite 1050<br>Chicago, IL 60604<br>Telephone: (312) 435-1050<br>Email: schaiken@ag-ltd.com |
| *-and-* | *-and-* |
| Edward E. Neiger<br>151 West 46th Street, 4th Floor<br>New York, NY  10036<br>Telephone: (212) 267-7342<br>Email: eneiger@askllp.com | GIBSON DUNN<br>Jeffrey C. Krause<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7995<br>Email: JKrause@gibsondunn.com |
| *Counsel for Plaintiff, Howard B. Samuels, as Chapter 7 Trustee of Central Grocers, Inc.* | *Counsel for Defendant, Kimberly-Clark Corporation* |